☒

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re: ) **Judge Russ Kendig**
Roger Dale Reuer )
Dorothy Mae Reuer ) Case No. 11-60436
)
Debtor(s) ) ☑ **Chapter 13 Form Plan Summary**
) ☐ **Amended Chapter 13 Plan**

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

Debtors will pay $1200 per month by direct pay to Trustee. Trustee shall make continuing payments of $592.79 per month to America's Servicing Co. The Debtors shall make the monthly payments to Wells Fargo Home Mortgage outside the Plan. The car loan with Wells Fargo is being paid by the primary obligor and will be made outside the Plan. The Trustee shall pay the sum of $323.09 per month for 3 years to Toyota Motor Credit; the loan shall be crammed down to the value of the 2005 Cadillac ($10,740) and the interest rate on the loan shall be crammed down to 5.25%.

☐ Continued on attached separate page(s).

2. __13__ % to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B1)
   Creditor                          Description of asset or contract

   _____    _____
   _____    _____
   _____    _____

☐ Continued on attached separate page(s).

All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| America's Servicing Co. | 1st | 430 Woodland Ave | $592.19 | Paid by trustee |
| Wells Fargo Home Mortgage | 2nd | 447 Burn St. | | |
| | 3rd | | | |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | | Estimated Amount | Rate (%) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

Creditor: _____

Date Incurred: _____

Collateral: _____

Monthly Payment: _____

Interest Rate: _____

Estimated Balance: _____

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped. (E7)

    Creditor: Toyota Credit

    Date Incurred: 7/15/08

    Collateral: '05 Cadillac Deville

    Monthly Payment: $323.09

    Interest Rate: 5.25

    Secured Value: $10,740.00

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
|  |  |  |
|  |  |  |

☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

The debtor will pay to the trustee $ 1,200.00 monthly for a minimum of 36 months, or all future disposable income, whichever is greater. Payments shall be by ☐Wage Order on employer ■By Debtor ("Private Pay") in the form of money order or certified check.

3

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

| /s/ Roger Dale Reuer | /s/ Dorothy Mae Reuer |
|---|---|
| Debtor's Signature - Name typed below | Debtor's Signature - Name typed below |
| Roger Dale Reuer | Dorothy Mae Reuer |

/s/ Brian J. Chisnell
Attorney's Signature - Name (state/bar #), address, and phone typed below

Brian J. Chisnell, Esquire

Brian J. Chisnell, Reg. 30014176

UAW-GM Legal Services, 1075 National Parkway, Mansfield, OH 44906

PH: (419) 529-4560

4